```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A03-0019--CV (RRB)
                 "RICK GIFFORD ET AL V CALCO INC ET AL"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
    Referral Rule:  4(8)
            Filed: 01/23/03
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (791) Employee Retirement Income Security Act of 1974

           Origin: (1) Original Proceeding
           Demand: 100
       Filing fee: Paid $150.00 on 01/23/03 receipt # 00119565
         Trial by: Jury
```

```
Parties of Record:                          Counsel of Record:

PLF 1.1            GIFFORD, RICK              Michael J. Schneider
                                              Law Offices of Michael Schneider
                                              880 N Street, Suite 202
                                              Anchorage, AK 99501
                                              907-277-9306
                                              FAX 907-274-8201

PLF 2.1            GRUBICH, JOHN              Michael J. Schneider
                                              (see above)

PLF 3.1            HEALY, TOM                 Michael J. Schneider
                                              (see above)

DEF 1.1            CALCO INC                  Douglas S. Parker
                                              Preston Gates & Ellis
                                              420 L Street, Suite 400
                                              Anchorage, AK 99501-1937
                                              907-276-1969
                                              FAX 907-276-1365

DEF 2.1            CALVIN, D. BAILEY JR.      Douglas S. Parker
                                              (see above)

DEF 3.1            STEWART, DIANA             Douglas S. Parker
                                              (see above)

DEF 4.1            SIMMONS, CAPRICE           Scott J. Hendricks Leuning
                                              Clapp Peterson et al
                                              711 H Street, Suite 620
                                              Anchorage, AK 99501
                                              907-272-9272
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A03-0019--CV (RRB)
                           "RICK GIFFORD ET AL V CALCO INC ET AL"

                                      For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(8)
             Filed:  01/23/03
            Closed:  NO

      Jurisdiction:  (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:  (791) Employee Retirement Income Security Act of 1974

            Origin:  (1) Original Proceeding
            Demand:  100
        Filing fee:  Paid $150.00 on 01/23/03 receipt # 00119565
          Trial by:  Jury


Document #   Filed      Docket text

     1 -  1  01/23/03   Complaint filed; Summons issued.

     2 -  1  01/24/03   RRB Minute Order that case referred to MJ Roberts per MJ Rule 4(8). cc:
                        cnsl, MJ Roberts

     3 -  1  02/11/03   PLF 1-3 Return of Service of summons & complaint on DEF 1 executed
                        2/6/03.

     4 -  1  02/11/03   PLF 1-3 Return of Service of summons & complaint on DEF 3 executed
                        2/6/03.

     5 -  1  02/25/03   Plf 1-3 Return of service of summons & complaint on DEF 2 executed
                        2/21/03.

     6 -  1  02/27/03   PLF 1-3 Return of Service Executed re: DEF 4 on 2/20/03.

     7 -  1  02/28/03   JDR Minute Order re pltf to require an answer or apply for default re
                        D1,3 due w/in 20 days. cc: cnsl

     8 -  1  03/04/03   PLF 1-3 Return of Service Executed re: Elaine L. Chao on 2/25/03.

     9 -  1  03/07/03   PLF 1-3 Notice of compliance with MO from chambers w/att exhs.

    10 -  1  03/10/03   JDR Minute Order re notice of compliance (9-1) is accepted; answer as to
                        all defs due 3/24/03. cc: cnsl

    11 -  1  03/24/03   DEF 2-3 motion (request) for additional time (15 days)

    12 -  1  03/27/03   JDR Minute Order re pltf to require an answer or apply for default re
                        D1,4 due w/in 20 days.

    13 -  1  04/09/03   DEF 1-3 Attorney Appearance of Robert Bundy.

    14 -  1  04/09/03   DEF 1-3 Answer to Complaint.

    15 -  1  04/10/03   JDR Minute Order terminating in light of this order: motion (request)
                        for additional time (15 days) (11-1). cc: cnsl
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A03-0019--CV (RRB)
                       "RICK GIFFORD ET AL V CALCO INC ET AL"

                                 For all filing dates


Document #   Filed      Docket text

  16 -   1   04/10/03   PLF 1 Application for entry of default w/att exh.

  17 -   1   04/11/03   Clerk's Notice entering default as to Caprice M. Simmons. cc: cnsl, C.
                        Simmons

  18 -   1   04/11/03   JDR Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

  19 -   1   04/28/03   DEF 1-3 Attorney Substitution of Douglas Parker for Robert Bundy.

  20 -   1   05/09/03   PLF 1-3 Scheduling and planning confernece report.

  21 -   1   05/13/03   JDR Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 02/01/04; Dispositive motions deadline 03/02/04; Estimate of
                        trial 5 days; TBC. cc: cnsl

  22 -   1   05/19/03   PLF 1 Report to the court re: default obtaianed against Caprice Simmons.

  23 -   1   06/11/03   JDR Minute Order that cnsl for plf to file status report/closing papers
                        by 7/7/03.  cc: cnsl

  24 -   1   06/16/03   DEF 4 Attorney Appearance of Craig F. Stowers.

  25 -   1   06/16/03   DEF 4 Jury Demand.

  26 -   1   06/16/03   DEF 4 Answer to Complaint.

  27 -   1   06/16/03   DEF 4 motion to set aside default w/att exh.

  28 -   1   06/20/03   PLF 1-3 non-opposition to DEF 4 motion to set aside default (27-1).

  29 -   1   06/24/03   PMP Order granting motion to set aside default against def Caprice
                        Simmons (27-1). cc: cnsl

  30 -   1   07/01/03   PLF 1-3 Preliminary Witness List.

  31 -   1   07/02/03   DEF 1-3 Preliminary Witness List.

  32 -   1   07/02/03   DEF 4 Preliminary Witness List.

  33 -   1   12/30/03   PLF 1-3 Final Revised Witness List.

  34 -   1   01/05/04   DEF 1-3 Final Witness List.

  35 -   1   04/08/04   DEF 1-3 motion for summary judgment w/att exhs.

  36 -   1   04/26/04   DEF 4 joinder to DEF 1-3 motion for summary judgment (35-1).

  37 -   1   04/27/04   PLF 1-3 motion to accept late-fld request for rule 56(f) ext of time
                        w/att exhs.

  37 -   2   04/27/04   PLF 1-3 motion for a rule 56(f) ext of time to respond to def Calco's
                        mot for SJ w/att exhs.

  37 -   3   04/27/04   PLF 1-3 motion for relief from the S&P order (#21) provision closing
                        dscvy on 2/1/04 (id. P.2,  5) w/att exhs.

ACRS: R_VDSDX              As of 10/31/05 at 4:32 PM by GARRY                        Page 2
```

```
                      UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0019--CV (RRB)
                             "RICK GIFFORD ET AL V CALCO INC ET AL"

                                        For all filing dates


 Document #    Filed      Docket text

    38 -  1   04/30/04    JDR Minute Order granting motion to accept late-fld request for rule
                          56(f) ext of time (37-1), granting motion for a rule 56(f) ext of time
                          to respond to def Calco's mot for SJ (37-2); Pltf's oppo to pend mot for
                          SJ due 5/28/04; def's reply due 6/14/04; holding in abeyance motion for
                          a relief from the S&P order (37-3) pending a response from defs to said
                          mot due 5/10/04. cc: cnsl

    39 -  1   05/10/04    DEF 1-3 opposition to PLF 1-3 motion for relief from the S&P order (#21)
                          provision closing dscvy on 2/1/04 (id. P.2,  5) (37-3) w/att exhs & aff.

    40 -  1   05/24/04    PLF 1-3 Notice of withdrawing plf's request for a limited re-opening of
                          discovery.

    40 -  2   05/25/04    Clerk's Notice withdrawing motion for a relief from the S&P order
                          (37-3).

    41 -  1   05/28/04    PLF 1-3 motion to accept over-length brief.

    42 -  1   05/28/04    PLF 1-3 motion for partial summary judgment.

    43 -  1   05/28/04    PLF 1-3 motion (cross) for partial summary judgment.

    44 -  1   06/01/04    JDR Order granting motion to accept over-length brief (41-1). cc: cnsl

    45 -  1   06/01/04    PLF 1-3 opposition to DEF 1-3 motion for summary judgment (35-1) w/att
                          exhs.

    46 -  1   06/15/04    DEF 1-3 Stipulation for ext of time (to 7/6) to reply to oppo to mot for
                          SJ & oppo to cross-mot for partial SJ.

    46 -  2   06/16/04    JDR Order granting stipulation Stipulation for ext of time (to 7/6) to
                          reply to oppo to mot for SJ & oppo to cross-mot for SJ (46-1). cc: cnsl

    47 -  1   06/18/04    PLF 1-3; DEF 4 Stipulation for extension of time to repsond to  APUIT's
                          oppo to CALCO defs' mot sj, x-mot for partial sj & mot for partial sj.

    47 -  2   06/21/04    AHB Order granting stipulation for extension of time (47-1). cc: cnsl

    48 -  1   07/06/04    PLF 1-3; DEF 1-3 Stipulation for ext of time to file reply to APUIT's
                          oppo to mot for SJ & oppo to APUIT's cross-motion for partial SJ.

    48 -  2   07/13/04    JDR Order granting stipulation for ext of time to file reply to APUITs
                          oppo to mot for SJ & oppo to APUITs x-mot for part SJ (48-1). cc: cnsl

    49 -  1   07/27/04    PLF 1-3; DEF 1-4 Stipulation for ext of time to 8/5/04 to file replies
                          to APUIT's oppo to Calco's mot for SJ & oppo to AAPUIT's x-mot for part
                          SJ.

    49 -  2   07/29/04    JDR Order granting Stipulation for ext of time to 8/5/04 to file replies
                          to APUIT's oppo (49-1).  cc: cnsl

    50 -  1   08/05/04    DEF 1-3 opposition to PLF 1-3 motion for partial summary judgment
                          (42-1), PLF 1-3 motion (cross) for partial summary judgment (43-1) w/att
                          exhs.

    51 -  1   08/05/04    DEF 1-3 motion to accept over-length reply brief re: mot for sj w/att
                          proposed over-length brf.

 ACRS: R_VDSDX                    As of 10/31/05 at 4:32 PM by GARRY                        Page 3
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A03-0019--CV (RRB)
                         "RICK GIFFORD ET AL V CALCO INC ET AL"

                                    For all filing dates

Document #   Filed       Docket text

   52 -  1   08/06/04    DEF 4 opposition to PLF 1-3 motion (cross) for partial summary judgment.
                         (43-1) w/att exhs.

   53 -  1   08/09/04    JDR Minute Order granting motion to accept over-length reply brief re:
                         mot for sj (51-1). cc: cnsl

   54 -  1   08/09/04    DEF 1-3 reply to opposition to DEF 1-3 motion for summary judgment
                         (35-1).

   55 -  1   08/09/04    PLF 1-3; DEF 1-4 Stipulation re deadline for pltfs' combine response to
                         outstanding pleadings.

   56 -  1   08/10/04    JDR Order granting stipulation re deadline for pltfs' combine response
                         to outstanding pleadings due 9/10/04 (55-1). cc: cnsl

   57 -  1   08/10/04    DEF 1-3 Errata to reply to oppo re: DEF 1-3 motion for summary judgment
                         (35-1) .

   58 -  1   08/10/04    DEF 1-3 Request for Oral Argument re: DEF 1-3 motion for summary
                         judgment w/att exhs. (35-1), PLF 1-3 motion for partial summary
                         judgment. (42-1), PLF 1-3 motion (cross) for partial summary judgment.
                         (43-1).

   59 -  1   08/26/04    PLF 1-3 motion to accept over-length brief w/att proposed oppo to x-mot
                         for sj.

   60 -  1   08/26/04    DEF 1-3 Request for Oral Argument re: DEF 1-3 motion for summary
                         judgment w/att exhs. (35-1), PLF 1-3 motion for partial summary
                         judgment. (42-1), PLF 1-3 motion (cross) for partial summary judgment.
                         (43-1).

   61 -  1   08/30/04    JDR Order granting motion to accept over-length brief (59-1); brf deemed
                         timely fld on 8/27/04. cc: cnsl

   62 -  1   08/30/04    PLF 1-3 reply to opposition to PLF 1-3 motion for partial summary
                         judgment (42-1), PLF 1-3 motion (cross) for partial summary judgment
                         (43-1).

   63 -  1   12/13/04    JDR Minute Order re defs' request for O/A (58-1); O/A on def's mots for
                         SJ & cross-mot for SJ (35-1, 42-1, 43-1) set for 1/11/05 at 10:00 a.m.
                         cc: cnsl

   64 -  1   01/11/05    JDR Court Minutes [ECR: Robin Carter] re O/A on motions (35,42 & 43)
                         taking under advisement motion for summary judgment (35-1), motion for
                         partial summary judgment (42-1), motion (cross) for partial summary
                         judgment (43-1); R&R to issue. cc: cnsl

   65 -  1   01/14/05    DEF 4 Notice of change of atty of Scott Hendricks Leuning for Craig
                         Stowers.

   66 -  1   01/20/05    PLF 1-3 motion for ruling of law acknowledging joint & several liability
                         [29:1105(a)(2) and (a)(3)] w/att memo.

   67 -  1   01/20/05    PLF 1-3 Request for Oral Argument re: PLF 1-3 motion for ruling of law
                         acknowledging joint & several liability [29:1105(a)(2) and (a)(3)]
                         (66-1).
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A03-0019--CV (RRB)
                        "RICK GIFFORD ET AL V CALCO INC ET AL"

                                  For all filing dates


 Document #    Filed      Docket text

    68 -  1   01/25/05    Initial R&R re: DEF 1-3 motion for summary judgment (35-1); Recommedned
                          be granted in part & denied in part; Objections due 02/18/05. Reply due
                          02/28/05. cc: cnsl, Judge Besitline

    69 -  1   01/25/05    Initial R&R re: PLF 1-3 motion for partial summary judgment (42-1);
                          Recommended be deined; Objections due 02/18/05. Reply due 02/28/05. cc:
                          cnsl, Judge Beistline

    70 -  1   01/25/05    Initial R&R re: PLF 1-3 motion (cross) for partial summary judgment
                          (43-1); Recommended be granted in part & denied in part; Objections due
                          02/18/05. Reply due 02/28/05. cc: cnsl, Judge Beistline

    71 -  1   02/08/05    PLF 1-3; DEF 1-3 Stipulation for extension of time until 2/18/05 to file
                          defendants' oppo to plfs motion for ruling of law acknowledging joint
                          and several liability.

    71 -  2   02/10/05    JDR Order granting stipulation for extension of time until 2/18/05 to
                          file defendants' oppo to pltf's mot for ruling of law acknowledging jnt
                          & several liability (71-1). cc: cnsl

    72 -  1   02/17/05    PLF 1-3 objection to R&R re: PLF 1-3 motion for partial summary
                          judgment. (42-1), PLF 1-3 motion (cross) for partial summary judgment
                          (43-1).

    73 -  1   02/17/05    PLF 1-3 objection to R&R re: DEF 1-3 motion for summary judgment (35-1).

    74 -  1   02/18/05    PLF 1-3; DEF 1-3 Stipulation for ext of time (to 3/4) to file oppo to
                          mot for ruling of law acknowleging joint & several liability & for ext
                          of time (to 3/4) to file object's to R&R & (to 3/14) to file replies to
                          R&R re defs mot for SJ & pltf's x-mot for SJ.

    74 -  2   02/28/05    JDR Order granting stipulation for ext of time (to 3/4) to file oppo to
                          mot for ruling of law acknowleging joint & several liability & for ext
                          of time (to 3/4) to file object's to R&R & (to 3/14) to file replies to
                          R&R re defs mot for SJ & pltf's x-mot for SJ. cc: cnsl

    75 -  1   03/03/05    PLF 1-3 motion for ruling of law acknowledging Calco, Inc.'s potential
                          vicarious liability for caprice simmons' embezzlement.

    76 -  1   03/03/05    PLF 1-3 Request for Oral Argument re: PLF 1-3 motion for ruling of law
                          acknowledging Calco, Inc.'s potential vicarious liability for caprice
                          simmons' embezzlement (75-1).

    77 -  1   03/03/05    PLF 1-3 motion for order directing Fireman's Fund to pay attention.

    78 -  1   03/04/05    DEF 1-3 objection to R&R re: DEF 1-3 motion for summary judgment (35-1).

    79 -  1   03/04/05    DEF 1-3 opposition to PLF 1-3 motion for ruling of law acknowledging
                          joint & several liability [29:1105(a)(2) and (a)(3)] (66-1).

    80 -  1   03/04/05    DEF 1-3 objection to R&R re: PLF 1-3 motion for partial summary judgment
                          (42-1).

    81 -  1   03/10/05    PLF 1-3 reply to opposition to PLF 1-3 motion for ruling of law
                          acknowledging joint & several liability [29:1105(a)(2) and (a)(3)
                          (66-1).


 ACRS: R_VDSDX                As of 10/31/05 at 4:32 PM by GARRY                        Page 5
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A03-0019--CV (RRB)
                        "RICK GIFFORD ET AL V CALCO INC ET AL"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 82 - 1 | 03/10/05 | PLF 1-3 Final Witness List. |
| 83 - 1 | 03/11/05 | DEF 4 joinder to PLF 1-3 motion for ruling of law acknowledging Calco, Inc.'s potential vicarious liability for caprice simmons' embezzlement (75-1). |
| 84 - 1 | 03/14/05 | DEF 1-3 reply to objection to R&R re: PLF 1-3 motion (cross) for partial summary judgment (43-1). |
| 85 - 1 | 03/14/05 | DEF 1-3 reply to objection to R&R re: DEF 1-3 motion for summary judgment (35-1). |
| 86 - 1 | 03/21/05 | DEF 1-3 opposition to PLF 1-3 motion for ruling of law acknowledging Calco, Inc.'s potential vicarious liability for caprice simmons' embezzlement. (75-1). |
| 87 - 1 | 03/21/05 | DEF 1-3 opposition to PLF 1-3 motion for order directing Fireman's Fund to pay attention (77-1) w/att aff. |
| 88 - 1 | 03/24/05 | PLF 1-3 reply to opposition to PLF 1-3 motion for order directing Fireman's Fund to pay attention (77-1). |
| 89 - 1 | 03/30/05 | PLF 1-3 reply to opposition to PLF 1-3 motion for ruling of law acknowledging Calco, Inc.'s potential vicarious liability for caprice simmons' embezzlement. (75-1). |
| 90 - 1 | 04/25/05 | JDR Order denying motion for order directing Fireman's Fund to pay attention (77-1). cc: cnsl |
| 91 - 1 | 04/25/05 | Initial R&R re: PLF 1-3 motion for ruling of law acknowledging Calco, Inc.'s potential vicarious liability for caprice simmons' embezzlement (75-1); Recommended be granted; Objections due 05/09/05. Reply due 05/19/05. cc: cnsl, Judge Beistline |
| 92 - 1 | 04/25/05 | Final R&R re: PLF 1-3 motion for partial summary judgment (42-1); MJ declines to modify recommendation. cc: cnsl, Judge Beistline |
| 93 - 1 | 04/25/05 | Final R&R re: DEF 1-3 motion for summary judgment (35-1); MJ declines to modify recommendatoin. cc: cnsl, Judge Beistline |
| 94 - 1 | 04/25/05 | Final R&R re: PLF 1-3 motion (cross) for partial summary judgment (43-1); MJ declines to modify recommendation. cc: cnsl, Judge Beistline |
| 95 - 1 | 05/09/05 | DEF 1-4 objection to R&R re: PLF 1-3 motion for ruling of law acknowledging Calco, Inc.'s potential vicarious liability for caprice simmons' embezzlement (75-1). |
| 96 - 1 | 05/19/05 | PLF 1-3 reply to objection to R&R re: PLF 1-3 motion for ruling of law acknowledging Calco, Inc.'s potential vicarious liability for caprice simmons' embezzlement (75-1). |
| 97 - 1 | 05/24/05 | Final R&R re: PLF 1-3 motion for ruling of law acknowledging Calco, Inc.'s potential vicarious liability for caprice simmons' embezzlement (75-1); MJ declines to modify recoomendation; matter ready for USDJ. cc: cnsl, Judge Beistline |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A03-0019--CV (RRB)
                             "RICK GIFFORD ET AL V CALCO INC ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 98 - 1 | 06/02/05 | PLF 1-3 motion to amend complaint w/att proposed lodged amended complaint. |
| 99 - 1 | 06/03/05 | PLF 1-3 Corrected certificate of svc re: PLF 1-3 motion to amend complaint (98-1). |
| 100 - 1 | 06/07/05 | RRB Order granting motion for ruling of law acknowledging Calco, Inc.'s potential vicarious liability (75-1); granting/denying motion for summary judgment (35-1), motion for partial summary judgment (42-1), motion (cross) for partial summary judgment (43-1).  cc: cnsl |
| 101 - 1 | 06/20/05 | DEF 1-4 opposition to PLF 1-3 motion to amend complaint (98-1) w/att exhs. |
| 102 - 1 | 06/21/05 | Initial R&R that mot be denied re: PLF 1-3 motion for ruling of law acknowledging joint & several liability [29:1105(a)(2) and (a)(3)] (66-1) Objections due 07/12/05. Reply due 07/22/05. cc: cnsl, Judge Beistline |
| 103 - 1 | 06/24/05 | PLF 1-3; DEF 1-4 Stipulation for extension of time until 7/8/05 for plaintiff's to file a reply to defendants oppo to plf's motion to amend complaint. |
| 103 - 2 | 06/24/05 | Order granting stipulation for extension of time until 7/8/05 for plaintiffs' to file plf's reply to def's oppo to plf's mot to amend complaint (103-1). cc: cnsl |
| 104 - 1 | 06/29/05 | PLF 1-3 objection to R&R re: PLF 1-3 motion for ruling of law acknowledging joint & several liability [29:1105(a)(2) and (a)(3)] (66-1). |
| 105 - 1 | 07/08/05 | PLF 1-3 reply to opposition to PLF 1-3 motion to amend complaint (98-1). |
| 106 - 1 | 07/08/05 | PLF 1-3 Request for Oral Argument re: PLF 1-3 motion to amend complaint (98-1). |
| 107 - 1 | 07/22/05 | JDR Order denying motion to amend complaint (98-1). cc: cnsl |
| 108 - 1 | 07/22/05 | DEF 1-3 reply to objection to R&R re: PLF 1-3 motion for ruling of law acknowledging joint & several liability [29:1105(a)(2) and (a)(3)] (66-1). |
| 109 - 1 | 07/25/05 | Final R&R re: PLF 1-3 motion for ruling of law acknowledging joint & several liability [29:1105(a)(2) and (a)(3)] (66-1); MJ declines to modify recommendation that motion be denied. cc: cnsl, Judge Beistline |
| 110 - 1 | 08/02/05 | RRB Minute Order Court adopts the Magistrate Judge's report and recommendation and the motion for ruling of law acknowledging joint & several liability (66-1) is denied.   cc: cnsl, MJ Roberts |
| 111 - 1 | 08/03/05 | PLF 1-3 motion for reconsideration of court;s order at doc #107. |
| 112 - 1 | 08/05/05 | JDR Minute Order re pltf's objections filed at 111-1 is deemed as a motion for reconsideration; CALCO defs' response to pltf's mot for reconsideration due 8/15/05. cc: cnsl |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A03-0019--CV (RRB)
                         "RICK GIFFORD ET AL V CALCO INC ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 113 - 1 | 08/15/05 | DEF 1-4 opposition to PLF 1-3 motion for reconsideration of courts order at doc #107 (111-1). |
| 114 - 1 | 08/17/05 | JDR Order granting motion for reconsideration of court's order at doc #107 (111-1); clerk to file amended complaint att to doc #98; cnsl to confer & file new proposed sched order as directed by 9/1/05. cc: cnsl |
| 115 - 1 | 08/17/05 | PLF 1-3 Complaint (Amended). |
| 116 - 1 | 09/01/05 | PLF 1-3 Response to Order of 8/17/05 re: scheduling/limited discovery & mot practice. |
| 116 - 2 | 09/06/05 | JDR Order setting the following dates: Dispositive motions deadline 12/01/05. cc: cnsl |
| 117 - 1 | 09/08/05 | DEF 1-3 Answer to Amended Complaint. |
| 118 - 1 | 10/19/05 | JDR Minute Order re plf to require an answer from DEF 4 to amended complaint due w/in 20 days. cc: cnsl |
| 119 - 1 | 10/25/05 | DEF 4 Answer to First Amended Complaint. |