FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -2  AM 11: 21

DOUGLAS S. PARKER
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1937
Telephone: (907) 276-1969

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RICK GIFFORD, JOHN GRUBICH and
TOM HEALY, as fiduciaries of and solely for
the benefits of the ALASKA PUBLIC
UTILITIES INSURANCE TRUST,

Plaintiffs,

v.

CALCO, INC., D. BAILEY "CAL" CALVIN,
JR., DIANA STEWART, and CAPRICE
SIMMONS,

Defendants.

Case No. A03-019 CV (RRB)

**STIPULATION FOR EXTENSION OF TIME**

The Calco Defendants (Calco, Inc., D. Bailey "Cal" Calvin, Jr. and Diana Stewart) and Plaintiffs hereby advise the Court that, to date, Plaintiffs have not been able to respond to the Calco Defendants' discovery request of Plaintiffs – made pursuant to the Court's limited discovery/dispositive motion scheduling order of September 6, 2005 – because Plaintiffs are waiting to receive responsive information from third-party agents. Plaintiffs are actively attempting to receive the information needed to finalize their responses and



expect that those responses will be forthcoming in a reasonable amount of time. In light of this delay, the Calco Defendants and Plaintiffs hereby stipulate that the current deadline of December 1, 2005 for filing dispositive motions be extended so that any dispositive motions must be filed no later than thirty days after service of Plaintiffs' complete responses to the Calco Defendants' discovery requests.

Dated at Anchorage, Alaska, this 1st day of December, 2005.

PRESTON GATES & ELLIS LLP

By: _____
Douglas S. Parker, ABA No. 8311168
Attorneys for Calco Defendants

Dated at Anchorage, Alaska, this ___ day of December, 2005.

LAW OFFICES OF MICHAEL J. SCHNEIDER, PC

By: _____
Michael J. Schneider, ABA No. 7510088
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

DATED: _____, 2005.

**JOHN D. ROBERTS**
*U.S. Magistrate Judge*

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

STIPULATION FOR EXTENSION OF TIME
*Gifford, et al v. Calco, Inc., et al.;* A03-0019 CV (RRB)
Page 2 of 4

**Certificate of Service**

I hereby certify that on the 2ⁿᵈ day of December, 2005, copies of the foregoing were served on:

Michael J. Schneider
880 N Street, Suite 202
Anchorage, AK 99501

Scott Hendricks Leuning, Esq.
Clapp Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501

Douglas S. Parker
Preston Gates & Ellis LLP
420 L Street, Suite 400
Anchorage, AK  99501

Via: ☐ U.S. Mail ☒ hand delivery ☐ facsimile

~~Linda Rustigan~~

Carol L. McNeese
K:\49103\00001\DSP\DSP_P21AE

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

STIPULATION FOR EXTENSION OF TIME
*Gifford, et al v. Calco, Inc., et al.;* A03-0019 CV (RRB)
Page 3 of 3