**FILED**

DEC 0 7 2005

## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

RICK GIFFORD, et al., v. CALCO, INC., et al.

Case No. *A03-019 CV (RRB/JDR)*
*[3:03-CV-00019-RRB-JDR)*

### THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

### MINUTE ORDER FROM CHAMBERS

### RE: Stipulation for Extension of Time, Docket No. 120

Defendants and Plaintiffs move the court for an extension of time to file dispositive motions thirty (30) days after the service of Plaintiffs' complete responses to Calco Defendants discovery requests. Accordingly, counsel shall file a joint status report regarding requested discovery on or before close of business December 29, 2005. Discovery shall close on December 29, 2005. Any motion to compel discovery must be filed no later than January 17, 2006. The December 1, 2005 deadline for filing of dispositive motions is hereby vacated. The court shall set a new date for dispositive motions after receiving the status report on discovery.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

December 6, 2005

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2005\2005 CV\A03-019 CV (RRB) Gifford @120 MO Re Exten Time.wpd

A03-0019--CV (RRB)    am 12/7/05

N. SCHNEIDER
D. PARKER (PRESTON)
S. LEUBING

121