IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Rick Gifford, John Grubich and Tom Healy, as fiduciaries of and solely for the benefits of the Alaska Public Utilities Insurance Trust,<br><br>              Plaintiffs,<br><br>  v.<br><br>Calco, Inc., D. Bailey "Cal" Calvin, Jr., Diana Stewart, and Caprice Simmons,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 3:03-cv-19 |

**JOINT STATUS REPORT OF THE PARTIES
IN RESPONSE TO ORDER OF APRIL 7, 2006
(Docket No. 123)**

The parties have been directed to file a Joint Status Report. This report was directed to the other parties and no suggested edits have been received.

1.     The matter should be set for trial at the convenience of the Court and parties.

2.     A discovery dispute exists. At a point in time after the close of discovery, the "audit file" generated by Safeco with regard to the Plan, and covering relevant periods of time, has been located. Safeco declines to produce the information without a subpoena. Plaintiffs have sought an agreement of the parties that Plaintiffs be allowed to subpoena the material in question or a stipulation that a subpoena could be issued and a deposition taken. The other parties decline to enter the stipulation. The evidence is thought by Plaintiffs to likely have a significant impact on the merits of the claims and

*Gifford et al. v. CALCO et al.*
*Case No. Case 3:03-cv-19*

1

the defenses in the case.

The parties therefore request a trial setting conference. Plaintiffs ask to be heard at that time on the question of whether the subpoena for Safeco's audit file should issue.

DATED this 7th day of April, 2006.

s/Michael J. Schneider<br>
Law Offices of Michael J. Schneider, P.C.<br>
880 "N" Street, Suite 202<br>
Anchorage, AK 99501<br>
Phone: (907) 277-9306<br>
Fax: (907) 274-8201<br>
E-mail: mjspc@gci.net<br>
Alaska Bar No. 7510088

**Certificate of Service**
I hereby certify that the ***JOINT STATUS REPORT OF THE PARTIES IN RESPONSE TO ORDER OF APRIL 7, 2006*** was sent electronically on 17th day of April, 2006, to:

shl@cplawak.com; akfedecf@prestongates.com,

s/Michael J. Schneider

MICHAEL J. SCHNEIDER, P.C.
LAW OFFICES
880 N STREET, SUITE 202
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9306
FAX (907) 274-8201

*Gifford et al. v. CALCO et al.*
*Case No. Case 3:03-cv-19*

2