IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Rick Gifford, John Grubich and Tom Healy, as fiduciaries of and solely for the benefits of the Alaska Public Utilities Insurance Trust,<br><br>          Plaintiffs,<br><br>v.<br><br>Calco, Inc., D. Bailey "Cal" Calvin, Jr., Diana Stewart, and Caprice Simmons,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 3:03-cv-19 |

## **PLAINTIFFS' NOTICE TO THE COURT AND ALL PARTIES REGARDING SETTLEMENT OF CASE**

A mediation of the above-referenced case took place on Tuesday, April 25, 2006, in Anchorage, Alaska. The parties have reached a settlement in this matter and thus notify the Court that the May 3, 2006, trial setting conference may be vacated.

DATED this 26th day of April, 2006.

                                                  s/Michael J. Schneider
                                                  Law Offices of Michael J. Schneider, P.C.
                                                  880 "N" Street, Suite 202
                                                  Anchorage, AK 99501
                                                  Phone: (907) 277-9306
                                                  Fax: (907) 274-8201
                                                  E-mail: mjspc@gci.net
                                                  Alaska Bar No. 7510088

*Gifford et al. v. CALCO et al.*
*Case No. Case 3:03-cv-19*

   1

**Certificate of Service**
I hereby certify that **PLAINTIFFS' NOTICE TO THE COURT AND ALL PARTIES REGARDING SETTLEMENT OF CASE** was sent electronically on 26th day of April, 2006, to:

shl@cplawak.com; akfedecf@prestongates.com,

s/Michael J. Schneider

MICHAEL J. SCHNEIDER, P.C.
LAW OFFICES
880 N STREET, SUITE 202
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9306
FAX (907) 274-8201

*Gifford et al. v. CALCO et al.*
*Case No. Case 3:03-cv-19*

2