DOUGLAS S. PARKER
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1937
Telephone: (907) 276-1969

Attorneys for Calco Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICK GIFFORD, JOHN GRUBICH and TOM HEALY, as fiduciaries of and solely for the benefits of the ALASKA PUBLIC UTILITIES INSURANCE TRUST,<br><br>                              Plaintiffs,<br><br>        v.<br><br>CALCO, INC., D. BAILEY "CAL" CALVIN, JR., DIANA STEWART, and CAPRICE SIMMONS,<br><br>                              Defendants. | Case No. A03-019 CV (RRB)<br><br><br><br>**STIPULATED DISMISSAL AND ORDER** |

The parties in the above-captioned action, by and through their undersigned attorneys and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate that the above-captioned action, and each and every portion thereof, including all claims and counterclaims asserted by any party, have been fully settled and may now be dismissed with prejudice, and without costs or attorneys' fees to any party.

The parties request that this Court enter the Order set forth below dismissing all

claims and counterclaims asserted by any party that were brought in this action.

Dated at Anchorage, Alaska, this 26th day of May, 2006.

PRESTON GATES & ELLIS LLP

ASA 9611064

By: _____
For: Douglas S. Parker, Alaska Bar No. 8311168
Attorneys for Calco, Inc.; D. Bailey
"Cal" Calvin, Jr. and Diana Stewart


LAW OFFICES OF MICHAEL J. SCHNEIDER, P.C.

By: _____
Michael J. Schneider, Alaska Bar No. 7510088
Attorneys for Plaintiffs


CLAPP PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS, LLC

By: _____
Scott Hendricks-Leuning, Alaska Bar No. 9708049
Attorneys for Caprice Simmons

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

STIPULATED DISMISSAL AND ORDER
*Gifford, et al v. Calco, Inc., et al.*; A03-0019 CV (RRB)
Page 2 of 3


## ORDER OF DISMISSAL

THIS MATTER having been brought on duly and regularly before the undersigned Judge of the above-entitled court, and the Court, having been fully advised in all matters, pursuant to the foregoing stipulation, does herewith:

ORDER, ADJUDGE AND DECREE that the above-entitled action, and each and every portion thereof, and each and every cause of action arising from the matters which are the subject matter of the above-entitled suit, including all claims and counterclaims asserted by any party, are dismissed with prejudice and without costs or attorneys' fees to any party.

SO ORDERED.

Dated this _____ day of _____, 2006.

_____
Honorable Ralph R. Beistline
United States District Court

**Certificate of Service**

I hereby certify that on the 26 day of May 2006, a true copy of the foregoing was served on:

Michael J. Schneider
880 N Street, Suite 202
Anchorage, AK 99501

Scott Hendricks-Leuning
Clapp Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501

Via: [✓] U.S. Mail   [ ] hand delivery   [ ] facsimile

_Pamela McKibben_
Pamela McKibben

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969